In the Matter of 339 CENTRAL PARK WEST, INC., Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Appellants.

Argued October 18, 1940; decided November 19, 1940.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for appellants.

*Morway Picket* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.